IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KAMRUN RUSSELL, #202000070, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | §  Civil Action No. 3:20-cv-02090-X |
| | § |
| LASALLE SOUTHWEST CORRECTIONS, ET AL., | § |
| | § |
| *Defendants*. | § |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court therefore reviewed the proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 28th day of October, 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE